

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2016

No. 04-16-00353-CR

Veronica **CALAHAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR8509
Honorable Steve Hilbig, Judge Presiding

## O R D E R

On July 11, 2016, appellant file a pro se motion for appointment of counsel on appeal and a pro se motion to obtain the transcript for this appeal.

The clerk's record shows that on May 11, 2016, the trial court appointed Mr. C. Wayne Huff to represent appellant in this appeal. Additionally, the reporter's record for this appeal was filed on June 15, 2016 and July 13, 2016.

Therefore, appellant's motions are DENIED AS MOOT.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court